Certificate Number: 12433-PAE-DE-033610471

Bankruptcy Case Number: 19-15608

12433-PAE-DE-033610471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 27, 2019</u>, at <u>7:30</u> o'clock <u>PM EDT</u>, <u>Andre Harris</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 27, 2019</u>          By:     <u>/s/Lance Brechbill</u>

                                        Name:   <u>Lance Brechbill</u>

                                        Title:  <u>Teacher</u>