IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 19-15608-amc |
| ANDRE HARRIS,<br>   Debtor | Chapter 13 |
| | Related to Doc. No. 23 |
| CONSUMER PORTFOLIO SERVICES, INC., | Hearing Date: 03/03/2020 |
|    Movant | Time: 11:00 a.m. |
|   v. | Location: Courtroom #4, Nixon Building |
| ANDRE HARRIS and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>   Respondents | Response Deadline: 02/17/2020 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

  Consumer Portfolio Services, Inc. has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2007 Volvo S80, VIN YV1AS982371037521.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **02/17/2020**, you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at:
      Clerk, U.S. Bankruptcy Court
      Robert C. Nix Bldg. Suite 201
      900 Market Street
      Philadelphia, PA  19107

  If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorneys:
      Keri P. Ebeck, Esquire
      707 Grant Street
      Bernstein-Burkley, P.C.
      Suite 2200, Gulf Tower
      Pittsburgh, PA  15219

      2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **03/03/2020 at 11:00 a.m. in Courtroom #4**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

      Respectfully submitted,

      BERNSTEIN-BURKLEY, P.C.

      By:<u>/s/ Keri P. Ebeck</u>
      Keri P. Ebeck, Esq.
      PA I.D. #91298
      kebeck@bernsteinlaw.com
      707 Grant Street
      Suite 2200, Gulf Tower
      Pittsburgh, PA 15219
      (412) 456-8112

      *Counsel for Consumer Portfolio Services, Inc.*

Dated: February 3, 2020