IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>ANDRE HARRIS,<br>        Debtor<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br>        Movant<br>   v.<br><br>ANDRE HARRIS and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>        Respondents | Bankruptcy No. 19-15608-amc<br><br>Chapter 13<br><br>Related to Doc. Nos. 23 and 24<br><br>Hearing Date: 03/03/2020<br>Time: 11:00 a.m.<br>Location: Courtroom #4, Nixon Building<br><br>Response Deadline: 02/17/2020 |
|---|---|

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 3, 2020, I served copies of the Motion for Relief from the Automatic Stay upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| ANDRE HARRIS<br>5912 LANSDOWNE AVENUE<br>PHILADELPHIA, PA 19151 | DAVID M. OFFEN<br>THE CURTIS CENTER<br>601 WALNUT STREET, SUITE 160 WEST<br>PHILADELPHIA, PA 19106 |
|---|---|
| WILLIAM C. MILLER, ESQ.<br>CHAPTER 13 TRUSTEE<br>P.O. BOX 1229<br>PHILADELPHIA, PA 19105 | UNITED STATES TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>200 CHESTNUT STREET, SUITE 502<br>PHILADELPHIA, PA 19106 |

                                       By:/s/ Ross M. Becher
                                       Ross M. Becher, Paralegal
                                       rbecher@bernsteinlaw.com
                                       707 Grant Street
                                       Suite 2200, Gulf Tower
                                       Pittsburgh, PA 15219