IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ANDRE HARRIS,<br>    Debtor<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br>    Movant<br>  v.<br><br>ANDRE HARRIS and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>    Respondents | Bankruptcy No. 19-15608-amc<br><br>Chapter 13<br><br>Hearing Date: 03/03/2020<br>Time: 11:00 a.m.<br>Location: Courtroom #4, Nixon Building<br><br>Response Deadline: 02/17/2020 |

## ORDER OF COURT

AND NOW, this 4th day of March, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc. in the 2007 Volvo S80, VIN YV1AS982371037521.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge