```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-15608-amc
Andre Harris                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia              Page 1 of 1           Date Rcvd: Mar 04, 2020
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             +Andre Harris,    5912 Lansdowne Avenue,    Philadelphia, PA 19151-4226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Andre   Harris dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders,
               of the J.P. Morgan Mortgage Acquisition Trust Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ANDRE HARRIS,<br>        Debtor<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br>        Movant<br>    v.<br><br>ANDRE HARRIS and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>        Respondents | Bankruptcy No. 19-15608-amc<br><br>Chapter 13<br><br>Hearing Date: 03/03/2020<br>Time: 11:00 a.m.<br>Location: Courtroom #4, Nixon Building<br><br>Response Deadline: 02/17/2020 |

## ORDER OF COURT

AND NOW, this 4th day of March, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc. in the 2007 Volvo S80, VIN YV1AS982371037521.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge