United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-15608-amc
Andre Harris                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: May 18, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db             +Andre Harris,    5912 Lansdowne Avenue,    Philadelphia, PA 19151-4226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Andre  Harris dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KERI P EBECK    on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders,
           of the J.P. Morgan Mortgage Acquisition Trust Et Al... bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                      TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Andre Harris           )      Chapter 13
           Debtor             )      19-15608-AMC
                              )
                              )
                              )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for
Approval of Counsel Fees submitted by David M. Offen, Attorney
for the Debtor, and upon notice and certification of no objection
it is hereby ORDERED that:

Counsel fee in the amount of $4,250.00 is allowed and the
balance in the amount of $4,250.00 shall be paid by the Chapter
13 Trustee to the extent there are funds available and consistent
with the terms of the confirmed plan.

May 18, 2020
DATED: _____          _____
                                HONORABLE ASHELY M. CHAN
                                UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire