United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-15608-mdc

Andre Harris                                                                Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andre Harris, 5912 Lansdowne Avenue, Philadelphia, PA 19151-4226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Andre Harris dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KERI P EBECK | on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust Et Al... bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                         User: Adminstra                              Page 2 of 2
Date Rcvd: Dec 07, 2020                      Form ID: pdf900                          Total Noticed: 1

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Andre Harris | CHAPTER 13 |
| Debtor | |
| U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 | NO. 19-15608 MDC |
| Movant | |
| vs. | |
| Andre Harris | 11 U.S.C. Section 362 |
| Debtor | |
| William C. Miller, Esquire | |
| Trustee | |

<u>CONSENT ORDER ON MOTION FOR RELIEF FROM STAY</u>

1. The above-styled Motion having been scheduled for a hearing before the Court on **October 6, 2020** upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3.  FUTHER ORDERED that as of **October 2, 2020** the post-petition arrearage is as

follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| | | | | | | |
| *4* | July 2020 | October 2020 | $316.43 | $156.12 | $472.55 | $1,890.20 |
| Less post-petition partial payments (suspense balance): | | | | ($35.91) | | |

**Total: $1,854.29**

4.  This arrearage shall be paid as follows:

Debtor is ordered to make the following payments to cure the post-petition arrearage and

other amounts owing set forth in paragraph 3:

| Month Stipulation payment due | Monthly Stipulation Payment Amount |
|---|---|
| 11/01/2020-03/01/2021 | $309.05 |
| 04/01/2021 | $309.04 |

5.  Regular payments in the amount of **$472.03** to be paid on or before **November 1, 2020**

and any additional amount as required or allowed by the Note and Security Instrument.

Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance

Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6.  FURTHER ORDERED that should Debtor(s) default in payment of any sum specified

herein, or in any regular monthly mortgage payments which come due according to

BKAO001.N001

Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within **fifteen (15)** days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

Dated this 30th day of November 2020

CONSENTED TO BY:

*/s/ Rebecca A. Solarz, Esquire*
_____
Attorney for Movant

*/s/ David M. Offen, Esquire*
_____

**David M. Offen, Esquire**
**Attorney for Debtor**

BKAO001.N001

_/s/ Jack Miller, Esquire*_
**William C. Miller, Esquire**
**Chapter 13 Trustee**

_*No objection to its terms, without prejudice to any of our rights and remedies_

**Approved by the Court this ___ day of _____, 2020. However, the court retains discretion regarding entry of any further order.**

_____
**United States Bankruptcy Judge**
**Magdeline D. Coleman**