United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15608-mdc |
| Andre Harris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 25, 2023 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

**Recip ID      Recipient Name and Address**
db      + Andre Harris, 5912 Lansdowne Avenue, Philadelphia, PA 19151-4226

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

**Name      Email Address**

BRIAN CRAIG NICHOLAS

     on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust Et Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

     on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN

     on behalf of Debtor Andre Harris dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST

     ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

District/off: 0313-2                          User: admin                                   Page 2 of 2

Date Rcvd: May 25, 2023                       Form ID: 234                               Total Noticed: 1

KERI P EBECK
                        on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com,
                        jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MICHAEL PATRICK FARRINGTON
                        on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust
                        2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 mfarrington@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Andre Harris

       Debtor(s)

Case No:19–15608–mdc

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22–03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 5/25/23