**Fill in this information to identify the case:**

Debtor 1   Andre Harris

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Eastern</u> District of <u>PA</u>

Case number   <u>19-15608 MDC</u>

# Form 4100R

# Response to Notice of Final Cure Payment                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

| | | |
|---|---|---|
| **Name of Creditor:** | U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 | **Court claim no.** (if known):   7-2 |

**Last 4 digits** of any number you use to identify the debtor's account:   0542

**Property address:**

5912 Lansdowne Avenue
Philadelphia, PA 19151

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                        (a)        $ 2,762.51

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)      $ 0.00

c. **Total.** Add lines a and b.                                    (c)        $ 2,762.51

Creditor asserts that the debtor(s) are contractually obligated for   01 / 01 / 2023
the postpetition payment(s) that first became due on:

Document ID: b536eba066a1c674094d8f92e43495dbce3a526a59b53b329f5e31179f46bfde

| Debtor(s) | Andre Harris | | Case Number *(if known)*: 19-15608 MDC |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.



x /s/ Mark A. Cronin           Date    06/14/2023
Mark Cronin
14 Jun 2023, 11:27:43, EDT

   KML Law Group, P.C.
   701 Market Street, Suite 5000
   Philadelphia, PA 16106
   215-627-1322
   bkgroup@kmllawgroup.com
   Attorney for Creditor

**SPS SELECT PORTFOLIO SERVICING, Inc.**

| Preparation Date: | 06/12/23 |
|---|---|
| by: | Melissa S. |

### Loan Information:
| Loan Number | |
|---|---|
| Debtors Name - 1 | ANDRE HARRIS |
| Debtors Name - 2 | |
| Property Address | 5912 LANSDOWNE AVE |
| Property State | PA |

### Bankruptcy Information:
| Bankruptcy Case # | 19-15608 |
|---|---|
| Filing Date: | 9/10/2019 |
| Person filing: | M1 |
| Number of previous filings: | 1 |

### Post petition due
| Post petition due date: | 01/01/23 |
|---|---|
| Post petition $$$ due: | $2,762.51 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
| Total Post petition due | $2,762.51 |

**Comment:** Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments.

### Post-Petition Payment History Detail

| Date Pmnt Rcvd | Post Due Dt | System PMT | Filed PMT | $ Received | Comments |
|---|---|---|---|---|---|
| 10/15/2019 | 10/01/19 | $472.55 | $472.55 | $472.55 | |
| 11/18/2019 | 11/01/19 | $472.55 | $472.55 | $491.01 | |
| 12/17/2019 | partial payment | $0.00 | $0.00 | $250.00 | Partial Payment |
| 12/23/2019 | 12/01/19 | $472.55 | $472.55 | $240.00 | |
| 1/24/2020 | 01/01/20 | $472.55 | $472.55 | $472.55 | |
| 2/28/2020 | 02/01/20 | $472.55 | $472.55 | $472.55 | |
| 5/4/2020 | 03/01/20 | $472.55 | $472.55 | $472.55 | |
| 6/4/2020 | 04/01/20 | $472.55 | $472.55 | $472.55 | |
| 7/1/2020 | 05/01/20 | $472.55 | $472.55 | $472.55 | |
| 7/28/2020 | 06/01/20 | $472.55 | $472.55 | $472.55 | |
| 8/21/2020 | 07/01/20 | $472.55 | $472.55 | $472.55 | |
| | NSF | -$472.55 | -$472.55 | -$472.55 | NSF/Returned Check |
| 12/16/2020 | 07/01/20 | $472.55 | $472.55 | $472.55 | |
| 12/29/2020 | partial payment | $0.00 | $0.00 | $309.05 | Partial Payment |
| 1/27/2021 | 08/01/20 | $472.55 | $472.55 | $472.55 | |
| | NSF | -$472.55 | -$472.55 | -$472.55 | NSF/Returned Check |
| 2/2/2021 | 08/01/20 | $472.55 | $472.55 | $309.05 | |
| 2/19/2021 | 09/01/20 | $472.55 | $472.55 | $1,162.07 | |
| | 10/01/20 | $472.55 | $472.55 | | |
| 2/23/2021 | 11/01/20 | $472.03 | $472.03 | $472.55 | |
| 3/1/2021 | 12/01/20 | $472.03 | $472.03 | $309.05 | |
| 3/25/2021 | 01/01/21 | $472.03 | $472.03 | $309.05 | |
| 4/9/2021 | partial payment | $0.00 | $0.00 | $310.00 | Partial Payment |
| 5/10/2021 | 02/01/21 | $472.03 | $472.03 | $480.00 | |
| 5/19/2021 | 03/01/21 | $472.03 | $472.03 | $480.00 | |
| 5/24/2021 | 04/01/21 | $472.03 | $472.03 | $480.00 | |
| | NSF | -$472.03 | -$472.03 | -$480.00 | NSF/Returned Check |
| 6/11/2021 | 04/01/21 | $472.03 | $472.03 | $480.00 | |
| | NSF | -$472.03 | -$472.03 | -$480.00 | NSF/Returned Check |
| 6/29/2021 | 04/01/21 | $472.03 | $472.03 | $480.00 | |
| 7/7/2021 | 05/01/21 | $472.03 | $472.03 | $500.00 | |
| 8/30/2021 | 06/01/21 | $472.03 | $472.03 | $480.00 | |
| 9/24/2021 | 07/01/21 | $472.03 | $472.03 | $480.00 | |
| 9/30/2021 | 08/01/21 | $472.03 | $472.03 | $480.00 | |
| | NSF | -$472.03 | -$472.03 | -$480.00 | NSF/Returned Check |
| 11/22/2021 | 08/01/21 | $472.03 | $472.03 | $480.00 | |
| 11/29/2021 | 09/01/21 | $472.03 | $472.03 | $480.00 | |
| 12/31/2021 | 10/01/21 | $473.41 | $473.41 | $480.00 | |
| 1/28/2022 | 11/01/21 | $473.41 | $473.41 | $480.00 | |
| 2/22/2022 | 12/01/21 | $473.41 | $473.41 | $480.00 | |
| 1/0/1900 | 01/01/22 | $473.41 | $473.41 | $0.00 | |
| 3/23/2022 | 02/01/22 | $473.41 | $473.41 | $500.00 | |
| 5/2/2022 | 03/01/22 | $473.41 | $473.41 | $480.00 | |
| 5/31/2022 | 04/01/22 | $473.41 | $473.41 | $480.00 | |
| 6/27/2022 | 05/01/22 | $473.41 | $473.41 | $480.00 | |
| 7/29/2022 | 06/01/22 | $473.41 | $473.41 | $480.00 | |
| 9/9/2022 | 07/01/22 | $473.41 | $473.41 | $480.00 | |
| 10/31/2022 | 08/01/22 | $475.00 | $475.00 | $480.00 | |
| 12/5/2022 | 09/01/22 | $475.00 | $475.00 | $480.00 | |
| 2/1/2023 | 10/01/22 | $475.00 | $475.00 | $480.00 | |
| 3/6/2023 | 11/01/22 | $475.00 | $475.00 | $480.00 | |
| 4/21/2023 | 12/01/22 | $475.00 | $475.00 | $480.00 | |
| Due | 01/01/23 | $475.00 | $475.00 | $0.00 | |
| Due | 02/01/23 | $475.00 | $475.00 | $0.00 | |
| Due | 03/01/23 | $475.00 | $475.00 | $0.00 | |
| Due | 04/01/23 | $475.00 | $475.00 | $0.00 | |
| Due | 05/01/23 | $475.00 | $475.00 | $0.00 | |
| Due | 06/01/23 | $485.16 | $485.16 | $0.00 | |
| Total Due | | $21,304.74 | $21,304.74 | | |
| Total Received | | | | $18,542.23 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Andre Harris**<br>               **Debtor(s)** | **BK NO. 19-15608 MDC** |
| **U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4**<br>               **Movant**<br>  vs. | **Chapter 13**<br><br>**Related to Claim No. 7-2** |
| **Andre Harris**<br>               **Debtor(s)** | |
| **Kenneth E. West**<br>               **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 14, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Andre Harris
5912 Lansdowne Avenue
Philadelphia, PA 19151

Attorney for Debtor(s) (via ECF)
David M. Offen, Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Trustee (via ECF)
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail.

Dated: June 14, 2023

                                          */s/ Mark A. Cronin*
                                          Mark A. Cronin Esquire
                                          Attorney I.D. 58240
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          215-627-1322
                                          mcronin@kmllawgroup.com